IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Stuart N. Auld,

        Plaintiff,

v.                                                               Case No. 13-2031-JTM

Sun West Mortgage Company,
Inc., et al.,

        Defendant.

MEMORANDUM AND ORDER

The court has before it the Joint Motion for Attorneys' Fees (Dkt. 20) by Sun West and John W. Auld, Jr. as Trustee of the Auld, Sr. Trust. Plaintiff Stuart N. Auld did not file a response to the motion and the deadline for him to do so has passed. The court grants the unopposed motion.

In a prior Order, the court granted attorney fees against plaintiff Auld in an amount not to exceed $2,500. *See* Dkt. 17. The Joint Motion expresses an agreement by Sun West and the Auld, Sr. Trust that all fees be paid to Sun West, which has incurred the majority of the attorneys' fees. The Motion also summarizes the fees incurred by Sun West, which exceed $2,500. For these reasons, the court awards $2,500 in attorneys' fees to Sun West, to be paid by Stuart N. Auld.

IT IS THEREFORE ORDERED this 8th day of April, 2013, that the Joint Motion for Attorneys' Fees (Dkt. 20) is granted.

s/J. Thomas Marten
J. THOMAS MARTEN, JUDGE